

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-MJ-356 · KJN |
|---|---|
| Plaintiff, | **UNDER SEAL** |
| v. | [PROPOSED] ORDER SEALING CRIMINAL COMPLAINT and ARREST WARRANT |
| JUHUN MERREL BROWN, | |
| Defendant. | |

## O R D E R

Pursuant to Local Rule 141(b) and based upon the Government's Request to Seal, **IT IS HEREBY ORDERED** that the Criminal Complaint and incorporated affidavit, Arrest Warrant and the Government's Request to Seal and this Court's Order in this case shall all be SEALED until further order of this Court.

**IT IS SO ORDERED.**

DATED: Nov. 22, 2013

HON. KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE