IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JUHUN MERREL BROWN,<br><br>　　　　Defendant. | Case №:2:13-MJ-356- KJN<br><br>**O R D E R<br>APPOINTING COUNSEL** |

　　The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

　　OFFENSE:  21 USC § 841 – Distribution of Methamphetamine

　　Douglas Beevers is hereby appointed effective November 26, 2013.

　　**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

Dated:  November 26, 2013

　　　　　　　　　　　　　　　　　　　　　/s/ Kendall J. Newman
　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING COUNSEL　　　　1