BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-MJ-00356-KJN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING |
| v. | |
| JUHUN MERRELL BROWN, | |
| Defendant. | |

**STIPULATION**

IT IS HEREBY STIPULATED BY AND BETWEEN Assistant United States Attorney Michael D. McCoy, counsel for the plaintiff United States of America, and defendant Juhun Merrell Brown, by and through his counsel Assistant Federal Defender Douglas Beevers, that good cause exists to continue the preliminary hearing currently set for December 9, 2013, at 2:00 p.m., to December 18, 2013, pursuant to Federal Rule of Criminal Procedure 5.1(d).

On November 22, 2013, the defendant was charged by Criminal Complaint with distribution of at least 50 grams of a mixture and substance containing methamphetamine, in violation of 21 U.S.C. § 841(a)(1). The defendant was subsequently arrested and appeared in front of Magistrate Judge Kendall J. Newman for his initial appearance on November 25, 2013. At the initial appearance, Magistrate Judge Newman set the preliminary hearing for December 9, 2013. The 30 day period for filing an information or indictment in this matter, pursuant to 18 U.S.C. § 3161(b), runs on December 25, 2013.

1 The Government plans to provide the defendant with an initial production of discovery this afternoon. Counsel for the defendant, Douglas Beevers, will need time to review the discovery with the defendant and prepare for the preliminary hearing. Because of this, good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d).

The government and the defendant agree that the combination of pending discovery review and attorney preparation constitute good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1(d), as well as under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv). This exclusion of time includes the period up to and including December 18, 2013.

Douglas Beevers agrees to this request and has authorized Assistant United States Attorney Michael D. McCoy to sign this stipulation on his behalf.

IT IS SO STIPULATED.

Dated: December 9, 2013                    BENJAMIN B. WAGNER
                                           United States Attorney


                                           /s/ MICHAEL D. McCOY
                                           MICHAEL D. McCOY
                                           Assistant United States Attorney


Dated: December 9, 2013                    /s/ DOUGLAS BEEVERS
                                           DOUGLAS BEEVERS
                                           Counsel for Defendant
                                           Juhun Merrell Brown

**[PROPOSED] FINDINGS AND ORDER**

1. The preliminary hearing set for December 9, 2013, is continued to December 18, 2013, at 2:00 p.m.

2. Based on the stipulations and representations of the parties, the Court finds good cause to extend the time for the preliminary hearing, and time is excluded up to and including December 18, 2013. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare)).

IT IS SO ORDERED.

Dated:  December 9, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE